☒ FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 2 8 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | ) | CR 98-271-1-PHX-EHC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| Nabor Campillo-Vega, | ) | **ORDER** |
| Defendant. | ) | |

A detention hearing and a preliminary revocation hearing on the Petition on Supervised Release were held on March 27, 2007.

**THE COURT FINDS** that the Defendant has knowingly, intelligently, and voluntarily waived his right to a detention hearing and a preliminary revocation hearing and has consented to the issue of detention being made based upon the allegations in the Petition.

**THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that he is not a serious flight risk. United States v. Loya, 23 F.3d 1529 (9th Cir. 1994).

1  **IT IS ORDERED** that the Defendant shall be detained pending further order of the
2  court.
3  DATED this 28th day of March, 2007.

_Lawrence O. Anderson_
Lawrence O. Anderson
United States Magistrate Judge